UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80922-CV-MIDDLEBROOKS

JANET HOYT,

    Plaintiff,

v.

GROUND ZERO RESTAURANTS, LLC,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon Joint Stipulation for Dismissal with Prejudice, filed December 5, 2016. (DE 15). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 6 day of December, 2016.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record